IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KIRK DICKSON,

Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

Defendant.

**8:23-CV-334**

**ORDER SETTING BRIEFING DEADLINES ON DEFENDANT'S MOTION FOR ORDER NUNC PRO TUNC TO DISMISS COUNT III, OR ALTERNATIVELY RECONSIDER SUMMARY JUDGMENT ON COUNT III AS A MATTER OF LAW**

Plaintiff Kirk Dickson (Dickson) is suing his former employer, defendant Union Pacific Railroad Co. (Union Pacific), under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 *et seq*.. Filing 22. The Court granted summary judgment in favor of Union Pacific on Counts I and II. Filing 123. The case is now before the Court on Union Pacific's Motion for Order Nunc Pro Tunc to Dismiss Count III, or Alternatively Reconsider Summary Judgment on Count III as a Matter of Law. Filing 124.

IT IS ORDERED that Dickson has to and including December 2, 2026, to submit any responsive filings.

IT IS FURTHER ORDERED that Union Pacific has to and including December 4, 2026, to submit any reply.

Dated this 25th day of November, 2026.

BY THE COURT:

______________________________
Brian C. Buescher
Chief United States District Judge